| Event | Rule | Roland's Proposed Timing | Roland's Proposed Date | InMusic's Proposed Timing | InMusic's Proposed Date | Date Ordered by Court |
|---|---|---|---|---|---|---|
| Serve initial disclosures | 26(c) | 26(f) Conf + 14 | Tuesday, January 17, 2017 | Agree | | |
| **File ADR-1 Form** | | Sched Conf + 7 | Tuesday, January 31, 2017 | Agree | | |
| Last day to make motion to amend pleadings | | Sched Conf + 49 | Tuesday, March 14, 2017 | Object – (i) awaiting ruling on motion to dismiss/strike;(ii) may want to conform to evidence later (i.e. if evidence of improper motive comes to light). | | |
| Disclosure of asserted claims + infringement contentions with accompanying document production | | | Roland objects as this task is unnecessary | Sched Conf + 14 (ND Cal 3-1, 3-2; SD Cal 3.1, 3.2) | February 7, 2017 | |
| Disclosure of invalidity contentions with accompanying document production | | | Roland objects as this task is unnecessary | Sched Conf + 60 | Monday March 27, 2017 | |
| Parties simultaneously exchange proposed claim terms for construction | | Initial Disclosure + 63 | Tuesday, March 21, 2017 | Premature without invalidity contentions. Propose invalidity contentions + 14 (consistent with ND Cal 4-1(a). | Monday, April 10, 2017 | |

EXHIBIT 1
Page 1

| Event | Rule | Roland's Proposed Timing | Roland's Proposed Date | InMusic's Proposed Timing | InMusic's Proposed Date | Date Ordered by Court |
|---|---|---|---|---|---|---|
| Parties meet and confer to narrow claim terms for construction | | Exchange + 14 | Tuesday, April 04, 2017 | ND Cal 4-1(b) – shortly after exchange (propose exchange + 7 days) | Monday, April 17, 2017 | |
| Exchange of preliminary claim constructions and extrinsic evidence | | | Roland objects as this task is unnecessary | ND Cal 4-2 – exchange of proposed terms + 21 days | Monday, May 1, 2017 | |
| Joint claim construction and prehearing statement Includes (i) construction of terms in agreement; (ii) each party's proposed construction of each disputed term with identification of all references from specification or prosecution history in support and identification of extrinsic evidence | | | Roland objects as this task is unnecessary | ND Cal 4-3 – not later than 60 days after service of invalidity contentions<br><br>SD Cal 4.2 – responsive claims + 14 = joint claim construction chart, worksheet, and hearing statement | Monday, May 15, 2017 | |
| Parties simultaneously file and exchange claim construction briefs | | Confer + 35 | Tuesday, May 09, 2017 | ND Cal 4-5(a) – not later than 45 days after joint claim construction and prehearing statement | Thursday, June 29, 2017 | |
| Parties simultaneously file and exchange claim | | Opening + 28 | Tuesday, June 06, 2017 | Agree to Opening + 28 | Thursday July 27, 2017 | |

EXHIBIT 1
Page 2

| Event | Rule | Roland's Proposed Timing | Roland's Proposed Date | InMusic's Proposed Timing | InMusic's Proposed Date | Date Ordered by Court |
|---|---|---|---|---|---|---|
| construction reply briefs | | | | | | |
| **Claim construction hearing** | | Reply +14 | Tuesday, June 20, 2017 | | Discretion of court | |
| **Fact Discovery Cutoff** | | CCH + 63 | Tuesday, August 22, 2017 | Agreed to Claim construction hearing + 63 | Not earlier than November 3, 2017 | |
| Opening Expert Reports for party with burden of proof | | Fact Disc + 30 | Thursday, September 21, 2017 | Agree to Fact Disc + 30 | Not earlier than December 3, 2017 | |
| Rebuttal Expert Reports | | Opening + 32 | Monday, October 23, 2017 | Agree to Opening + 32 | Not earlier than January 4, 2018 | |
| **Expert Discovery Cutoff** | | Rebuttal + 30 | Wednesday, November 22, 2017 | Agree to Rebuttal + 30 | Not earlier than February 5, 2018 | |
| **Last day for Settlement Conference** | | Expert + 14 | Wednesday, December 06, 2017 | Expert + 30 | Not earlier than March 5, 2018 | |
| Last day to file motions for summary judgment and Daubert motions | | Expert + 34 | Tuesday, January 09, 2018 | Expert + 60 | Not earlier than January 21, 2018 | |
| Oppositions to summary judgment and Daubert | | Open + 21 | Tuesday, January 30, 2018 | Open + 28 | Not earlier than February 18, 2018 | |
| Reply re summary judgment and Daubert | | Opp + 21 | Tuesday, February 20, 2018 | Agree to Opp'n + 21 | Not earlier than March 11, 2018 | |
| **Dispositive Motion Hearing cutoff** | | Reply + 21 | Tuesday, March 13, 2018 | | Discretion of Court | |
| Last day to hold pretrial meeting with opposing counsel | LR 16-2 | PTC - 40 | Thursday, March 22, 2018 | | Discretion of Court | |

EXHIBIT 1
Page 3

| Event | Rule | Roland's Proposed Timing | Roland's Proposed Date | InMusic's Proposed Timing | InMusic's Proposed Date | Date Ordered by Court |
|---|---|---|---|---|---|---|
| Last day to meet and confer regarding motions in limine | | PTC - 28 | Tuesday, April 03, 2018 | | Discretion of Court | |
| Last day to file motions in limine | | PTC -21 | Tuesday, April 10, 2018 | | Discretion of Court | |
| Oppositions to motions in limine | | PTC - 14 | Tuesday, April 17, 2018 | | Discretion of Court | |
| Replies to motions in limine | | PTC - 7 | Tuesday, April 24, 2018 | | Discretion of Court | |
| Last day to file memorandum of contentions of fact and law | LR 16-4 | PTC - 21 | Tuesday, April 10, 2018 | | Discretion of Court (at least 40 days before Final Pretrial Conference) | |
| Last day to file joint witness list | LR 16-5 | PTC - 21 | Tuesday, April 10, 2018 | | Discretion of Court (concurrent with Memorandum of Contentions of Fact and Law | |
| Last day to file joint exhibit list | LR 16-6 | PTC - 21 | Tuesday, April 10, 2018 | | Discretion of Court (at least 21 days before the Final Pretrial Conference) | |
| Last day for Plaintiff to serve proposed jury instructions and special verdict forms | | Trial - 35 | Tuesday, April 17, 2018 | | Discretion of Court | |

EXHIBIT 1
Page 4

| Event | Rule | Roland's Proposed Timing | Roland's Proposed Date | InMusic's Proposed Timing | InMusic's Proposed Date | Date Ordered by Court |
|---|---|---|---|---|---|---|
| Defendant Serve Objections to proposed jury instructions | | Trial - 28 | Tuesday, April 24, 2018 | | Discretion of Court | |
| File Joint and disputed jury instructions | | Trial - 21 | Tuesday, May 01, 2018 | | Discretion of Court | |
| Meet to stipulate to foundation, waiver of best evidence rule | | PTC - 12 | Thursday, April 19, 2018 | | Discretion of Court | |
| Lodge proposed pre-trial conference order | LR 16-7.1 | PTC - 11 | Thursday, April 19, 2018 | | Discretion of Court (at least 11 days before the Final Pretrial Conference) | |
| Submit proposed voir dire questions | | PTC - 7 | Tuesday, April 24, 2018 | | Discretion of Court | |
| Submit joint statement of the case | | PTC - 7 | Tuesday, April 24, 2018 | | Discretion of Court | |
| **Final Pretrial Conference** | | Disp Mot + 49 | Tuesday, May 01, 2018 | | Discretion of Court | |
| Last day to disclose graphic and illustrative materials | LR 16-3 | Trial -11 | Friday, January 29, 2016 | | Discretion of Court (at least 11 days before trial) | |
| Last day to meet to stipulate regarding admissibility of exhibits | | Trial -11 | Friday, May 11, 2018 | | Discretion of Court | |
| Last day to serve replies re motions in limine | | Trial -11 | Friday, May 11, 2018 | | Discretion of Court | |

EXHIBIT 1
Page 5

| Event | Rule | Roland's Proposed Timing | Roland's Proposed Date | InMusic's Proposed Timing | InMusic's Proposed Date | Date Ordered by Court |
|---|---|---|---|---|---|---|
| Serve and file trial brief | LR16-10 | Trial -7 | Tuesday, May 15, 2018 | | Discretion of Court (at least 7 days before trial) | |
| Submit special verdict form | LR49-1 | Trial -7 | Tuesday, May 15, 2018 | | Discretion of Court (at least 7 days before trial) | |
| Submit jury instructions | LR 51-1 | Trial -7 | Tuesday, May 15, 2018 | | Discretion of Court (at least 7 days before trial) | |
| Submit proposed Voir dire | | Trial -7 | Tuesday, May 15, 2018 | | Discretion of Court | |
| **Jury Trial** | | PTC + 21 | Tuesday, May 22, 2018 | | Discretion of Court | |

EXHIBIT 1
Page 6