UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED TO CORRECT ORDER DATE FROM 1/25/17 TO 1/24/17**

CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-06256-CBM-AJWx | Date | January 24, 2017 |
|---|---|---|---|
| Title | Roland Corporation v. InMusicBrands, Inc. | | |

Present: The Honorable  CONSUELO B. MARSHALL, Senior U.S. District Judge

| Joseph Remigio | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Victor De Gyarfas | Christine Bush |
| | Paul Torres |

**Proceedings:**   MOTION HEARING
SCHEDULING CONFERENCE

Case called.  Counsel make their appearance.   As more fully reflected on the Court Reporter's record:

The Court hears further argument on Plaintiff's Motion to Dismiss Counterclaims and Strike Affirmative Defenses [25].   The Court GRANTS the motion in part, with 10 days (no later than February 3, 2017) leave to amend.  Affirmative Defenses 1, 2, 8 and 9 are stricken with prejudice.  Affirmative Defenses 3, 4, 6 and 7 are stricken with leave to amend.  However, the motion as to Affirmative Defense 5 is DENIED.  The Court's written order will issue.

Additionally, the Court and counsel confer regarding case scheduling.  The Court sets the following dates:
- Deadline for the parties to submit their stipulation for ADR proceedings (form ADR 01): no later than January 30, 2017;
- Settlement Conference:  no later than November 15, 2017;
- Non-Expert Discovery Completion Date: no later than August 30, 2017;
- Expert Cut-Off: no later than October 30, 2017;
- Motion Hearing Cut-Off: no later than January 23, 2018, for 10:00 a.m.;
- Pretrial Conference: March 27, 2018, 2:30 p.m.; and
- Jury Trial: April 24, 2018, at 10:00 a.m.

No later than Friday, January 27, 2017, Defendants shall propound contention discovery as discussed in court.

IT IS SO ORDERED.

: 35

Initials of Preparer   jre